## CHART DETAILING DEDUCTIONS FOR MISSING FULL REGULARLY SCHEDULED WORKDAY

| NAME | WEEK ENDING | FULL SALARY | SALARY & BONUS PAID | EXPLANATION |
|---|---|---|---|---|
| Alfieri, Allen | 11/27/05 | $1600 | $1320 | Alfieri worked on 1 regularly-scheduled day. 2 days were paid holidays. Alfieri's regular weekly salary of $1600 was pro-rated to equal $320 per regularly-scheduled day. Alfieri was paid 1/5 of his weekly salary ($320) for the 1 regularly-scheduled day worked. Alfieri was also paid $640 for the 2 days of paid holidays. He also received $360 for 9 bonus hours.<br><br>$320 (1/5 of regular salary) + $640 (holiday) + $360 (bonus) = $1320 |
| Anderson-Cox, Shirley | 4/8/05<br>Covered by release. | $1600 | $1020 | Anderson-Cox worked on 2 regularly-scheduled days. Anderson-Cox's regular weekly salary of $1600 was pro-rated to equal $320 per regularly-scheduled day. Anderson-Cox was paid 2/5 of her weekly salary ($640) for the 2 regularly-scheduled days worked. She also received $380 for 9.5 bonus hours.<br><br>$640 (2/5 of regular salary) + $380 (bonus) = $1020 |
| Cook, Jim | 1/22/06 | $1600 | $1130 | Cook worked on 2 regularly-scheduled days. Cook's regular weekly salary of $1600 was pro-rated to equal $320 per regularly-scheduled day. Cook was paid 2/5 of his weekly salary ($640) for the 2 regularly-scheduled days worked. He also received $490 for 12.25 bonus hours.<br><br>$640 (2/5 of regular salary) + $490 (bonus) = $1130 |
| Goodwin, Carl | 11/28/04<br>Covered by release. | $2200 | $385 | Goodwin worked on 0 regularly-scheduled days. Callaway was not required to pay Goodwin for the workweek because he did not perform any work during his regularly-scheduled days. Callaway paid him bonus compensation in the amount of $385 for work he performed on Sunday. |

1

## CHART DETAILING DEDUCTIONS FOR MISSING FULL REGULARLY SCHEDULED WORKDAY

| NAME | WEEK ENDING | FULL SALARY | SALARY & BONUS PAID | EXPLANATION |
|---|---|---|---|---|
| Hord, Tim | 8/28/05 | $1600 | $380 | Hord worked on 0 regularly-scheduled days. Callaway was not required to pay Hord for the workweek because he did not perform any work during his regularly-scheduled days. Callaway paid him bonus compensation in the amount of $380 for work he performed on Saturday and Sunday. |
| McCullough, Fatima | 9/4/05 | $1600 | $1280 | McCullough worked on 4 regularly-scheduled. McCullough's regular weekly salary of $1600 was pro-rated to equal $320 per regularly-scheduled day. McCullough was paid 4/5 of her weekly salary ($1280) for the 4 regularly-scheduled days worked. |
| Nunez, Pamela | 1/2/05 | $1600 | $1080 | Nunez worked on 0 regularly-scheduled days. She took 3 days of PTO. Nunez was paid $960 for the 3 days of PTO. She also received $120 for 3 bonus hours.<br><br>$960 (PTO) + $120 (bonus) = $1080 |
| Philpotts, Andrea | 1/15/06 | $1600 | $1200 | Philpotts worked on 3 regularly-scheduled days. Philpotts' regular weekly salary of $1600 was pro-rated to equal $320 per regularly-scheduled day. Philpotts was paid 3/5 of her weekly salary ($960) for the 3 regularly-scheduled days worked. She also received $240 for 6 bonus hours.<br><br>$960 (3/5 of weekly salary) + $240 (bonus) = $1200 |

## CHART DETAILING DEDUCTIONS FOR MISSING FULL REGULARLY SCHEDULED WORKDAY

| NAME | WEEK ENDING | FULL SALARY | SALARY & BONUS PAID | EXPLANATION |
|---|---|---|---|---|
| Smeraglia, Louis | 8/14/05 | $1600 | $640 | Smeraglia worked on 2 regularly-scheduled days. Smeraglia's regular weekly salary of $1600 was pro-rated to equal $320 per regularly-scheduled day. Smeraglia was paid 2/5 of his weekly salary ($640) for the 2 regularly-scheduled days worked. |
| Smeraglia, Louis | 5/14/06 | $1600 | $1390 | Smeraglia worked on 4 regularly-scheduled days. Smeraglia's regular weekly salary of $1600 was pro-rated to equal $320 per regularly-scheduled day. Smeraglia was paid 4/5 of his weekly salary ($1280) for the 4 regularly-scheduled days worked. He also received $110 for 2.75 bonus hours. $1280 (4/5 of weekly salary) + $110 (bonus) = $1390 |
| Smeraglia, Louis | 6/11/06 | $1600 | $1410 | Smeraglia worked on 4 regularly-scheduled days during this week. Smeraglia's regular weekly salary of $1600 was pro-rated to equal $320 per regularly-scheduled day. Smeraglia was paid 4/5 of his weekly salary ($1280) for the 4 regularly-scheduled days worked. He also received $130 for 3.25 bonus hours. $1280 (4/5 of weekly salary) + $130 (bonus) = $1420 |
| Yeager, L. Odette | 8/21/05 | $1600 | $960 | Yeager worked on 3 regularly-scheduled days. Yeager's regular weekly salary of $1600 was pro-rated to equal $320 per regularly-scheduled day. Yeager was paid 3/5 of her weekly salary ($960) for the 3 regularly-scheduled days worked. |

3