# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HARRIET BELL, Individually and on behalf of all similarly situated persons, ) ) ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 1:06-CV-1993-CC |
| vs. ) ) | |
| CALLAWAY PARTNERS, LLC, and HURON CONSULTING GROUP, INC. ) ) ) ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

## DEFENDANTS' MOTION FOR DECERTIFICATION OF CLASS

Defendants Callaway Partners, LLC and Huron Consulting Group, Inc. (collectively, "Defendants"), by and through their undersigned counsel, move this Court for an order decertifying the class in its entirety and dismissing the opt-in plaintiffs without prejudice. Defendants' arguments in support of this Motion are set forth in the accompanying Memorandum of Law in Support of Defendants' Motion for Decertification of Class.

Respectfully submitted this 15th day of May, 2009.

                                            s/ Suzanne M. Alford
C. Todd Van Dyke
Georgia Bar No. 723420
L. Dale Owens
Georgia Bar No. 557482
Suzanne M. Alford
Georgia Bar No. 005437
alfords@jacksonlewis.com
Attorneys for Defendants

JACKSON LEWIS LLP
1155 Peachtree Street
Suite 1000
Atlanta, Georgia  30309-3630
Telephone:  (404) 525-8200
Facsimile:   (404) 535-1173
Email:  alfords@jacksonlewis.com

## **CERTIFICATION**

Pursuant to LR 7.1(D), NDGa., I, Suzanne M. Alford, do hereby certify that this document has been prepared in Times New Roman 14 point font, approved by this Court in LR 5.1(C), NDGa.

s/ Suzanne M. Alford
Suzanne M. Alford
Georgia Bar No. 005437

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HARRIET BELL, Individually and on behalf of all similarly situated persons, ) ) ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 1:06-CV-1993-CC |
| vs. ) ) | |
| CALLAWAY PARTNERS, LLC ) ) | JURY TRIAL DEMANDED |
| Defendant. ) _____ ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Edward D. Buckley, Esq.
> Daniel Klein, Esq.
> John Beasley, Esq.
> BUCKLEY & KLEIN, LLP
> Atlantic Center Plaza, Suite 1100
> 1180 West Peachtree Street
> Atlanta, GA 30309-3521

4

5

                                                s/ Suzanne M. Alford  
                                                Suzanne M. Alford  
                                                Georgia Bar No. 005437  
                                                Attorney for Defendants

JACKSON LEWIS LLP  
1155 Peachtree Street  
Suite 1000  
Atlanta, Georgia  30309-3630  
Telephone:  (404) 525-8200  
Facsimile:   (404) 535-1173  
Email:  alfords@jacksonlewis.com