# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HARRIET BELL, Individually and on behalf of all similarly situated persons, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO.<br>) 1:06-CV-1993-CC |
| vs. | )<br>) |
| CALLAWAY PARTNERS, LLC, and HURON CONSULTING GROUP, INC. | ) JURY TRIAL DEMANDED<br>)<br>)<br>) |
| Defendant. | ) |

## NOTICE OF FILING

COME NOW Defendants Callaway Partners, LLC and Huron Consulting Group, Inc. (collectively, "Defendants") and file copies of the two electronic presentations referenced during Defendants' oral argument on December 16, 2009. See Exhibits A & B attached hereto.

Respectfully submitted this 21st day of December, 2009.

        <u>s/ L. Dale Owens</u>
        C. Todd Van Dyke
        Georgia Bar No. 723420
        L. Dale Owens
        Georgia Bar No. 557482
        Suzanne M. Alford
        Georgia Bar No. 005437
        JACKSON LEWIS LLP
        1155 Peachtree Street
        Suite 1000
        Atlanta, Georgia  30309-3630
        Telephone:  (404) 525-8200
        Facsimile:   (404) 535-1173
        Email:  owensd@jacksonlewis.com
        Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| HARRIET BELL, Individually and on behalf of all similarly situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 1:06-CV-1993-CC |
| vs. | ) ) | |
| CALLAWAY PARTNERS, LLC | ) ) | JURY TRIAL DEMANDED |
| Defendant. _____ | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

        Edward D. Buckley, Esq.
        Daniel Klein, Esq.
        John Beasley, Esq.
        BUCKLEY & KLEIN, LLP
        Atlantic Center Plaza, Suite 1100
        1180 West Peachtree Street
        Atlanta, GA 30309-3521

                                                   s/ L. Dale Owens  
                                                   L. Dale Owens  
                                                   Georgia Bar No. 557482  
                                                   Attorney for Defendants

JACKSON LEWIS LLP  
1155 Peachtree Street  
Suite 1000  
Atlanta, Georgia 30309-3630  
Telephone: (404) 525-8200  
Facsimile: (404) 535-1173